**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sammy Anthony Rizzolino<br>Tara Beth Rizzolino<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-15213 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A, and index same on the master mailing list.

Re: Loan # Ending In: 2070

                                                       Respectfully submitted,

                                                       **<u>/s/Joshua I. Goldman, Esquire</u>**
                                                       Joshua I. Goldman, Esquire
                                                       Thomas Puleo, Esquire
                                                       KML Law Group, P.C.
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA 19106-1532
                                                       (215) 825-6306  FAX (215) 825-6406