United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15213-ref
Sammy Anthony Rizzolino                                                   Chapter 13
Tara Beth Rizzolino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Feb 15, 2017
                             Form ID: 167           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db          +Sammy Anthony Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
jdb         #+Tara Beth Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          ROBERT  GLAZER     on behalf of Debtor Sammy Anthony Rizzolino usbcglazer@gmail.com
          ROBERT  GLAZER     on behalf of Joint Debtor Tara Beth Rizzolino usbcglazer@gmail.com
          THOMAS I. PULEO     on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sammy Anthony Rizzolino
and Tara Beth Rizzolino

          Debtor(s)

Case No: 16−15213−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*\* RESCHEDULED HEARING \*\*\*

Motion to Dismiss Case, underfunded & feasibility and Debtor(s)
Failure to File Documents Filed by FREDERICK L. REIGLE
Represented by LISA MARIE CIOTTI (Counsel).

on: 3/23/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  2/15/17

Timothy B. McGrath
Clerk of Court

18 − 15
Form 167