IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SAMMY ANTHONY AND          :     Case No.  16-15213
TARA BETH RIZZOLINO               :
                                  :     Chapter:  13
         Debtor                   :

## AMENDED CHAPTER 13 FIVE YEAR PLAN

1. The Debtor had paid $800.00 to the Trustee. The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor shall pay to the Trustee the sum of $584.00 for 52 months beginning April, 2017.

2. From the payments so received, the Trustee shall make disbursements as follows:

   a. The priority payments required by Section 507(a), including but not limited to:

   | | |
   |---|---|
   | Attorney's fees – as applied for | |
   | Pennsylvania Department of Revenue | $  511.00 |
   | PNC Bank | $1,008.11 |
   | Bank of America (claim #5) | $1,975.00 |

   b. Any funds remaining after the above amounts are paid in full:

   Dividends to unsecured creditors whose claims are duly proved and allowed on a prorata basis.

3. (If applicable) The following executory contracts of the Debtor are rejected:

4. Title to the Debtor's property shall revest in the Debtor upon confirmation of a Plan and upon closing of the case pursuant to Bankruptcy Rule 5009.

5. By virtue of this Plan, all non-possessory, non-purchase money security interests in the household furnishings, goods, wearing apparel, appliances, musical instruments and jewelry of the Debtor, which are held primarily for personal, family or household use of the Debtor or her dependents, are awarded to the extent such lien impairs the exemption interest of the Debtor.

6.Payments made outside the Plan:  monthly payments in the amount of $445 to Bank of America and $1568 to PNC commencing subsequent to date Petition filed. Debtor may sell assets and apply the proceeds to satisfy claims encumbering said assets.

Date:  May 1, 2017/s/ Sammy Anthony Rizzolino
Sammy Anthony Rizzolino, Debtor

Date:  May 1, 2017/s/ Tara Beth Rizzolino
Tara Beth Rizzolino, Debtor


Date:  May 1, 2017/s/ Robert Glazer
Robert Glazer, Esq.
Attorney for the Debtor


Acceptances may be mailed to:Clerk's Office
U.S. Bankruptcy Court
Suite 300, The Madison
400 Washington Street
Reading, PA  19601