UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE:  TARA BETH RIZZOLINO | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKY NO. 16-15213-REF |

### ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Tara Beth Rizzolino, the above-referenced Debtor, and please serve the undersigned with a copy of all notices and papers in the above captioned chapter 13 proceeding, including any notices specified under Bankruptcy Rule 2002, at the address given below.

Dated: *April 18, 2017*  BY: */s/ Lynn E. Feldman, Esquire*
Lynn E. Feldman, Esquire
ID No. 35996
FELDMAN LAW OFFICES, P.C.
221 N. CEDAR CREST BLVD.
ALLENTOWN, PA  18104
(610) 530-9285

### WITHDRAW OF APPEARANCE

Please withdraw my appearance on behalf of Tara Beth Rizzolino the above-captioned Debtor.

Dated: *April 18, 2017*  BY: _____
Robert Glazer, Esquire
McLaughlin & Glazer
Easton, PA 18042
(610) 258-5609