**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | TARA BETH RIZZOLINO | : | |
| | SAMMY ANTHONY RIZZOLINO | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | Debtors | : | BKY NO. 16-15213-REF |

## ORDER SEVERING JOINT CHAPTER 13 CASE

AND NOW, upon consideration of the Debtor, Tara Beth Rizzolino's, Motion to Sever Joint Chapter 13 Case, and any opposition thereto, good cause having been shown that the case should be severed, it is hereby ORDERED:

1. That the above-captioned Chapter 13 case be severed;

2. That following severance of the case, the case of the Wife Debtor, Tara Beth Rizzolino, proceed under a different case number to be assigned by the Office of the Clerk of this Court.

BY THE COURT:

**Date: May 22, 2017**

_____
Richard E. Fehling, UCBJ