United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 16-15213-ref
Sammy Anthony Rizzolino                                           Chapter 13
Tara Beth Rizzolino
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Angela              Page 1 of 2              Date Rcvd: May 22, 2017
                              Form ID: pdf900           Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
```
db             +Sammy Anthony Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
jdb           #+Tara Beth Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13765044       +American Express,    P.O. Box 8218,    Mason, OH 45040-8218
13765045        Apogee Physicians of Pennsylvania,    PO Box 708610,    Sandy, UT 84070-8610
13829933        BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13765046       +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,    Unit A,
                 Twinsburg, OH 44087-2476
13770391       +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13765048       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13835565       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13839554       +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13765050       +Bon Ton,    PO Box 30253,    Salt Lake City, UT 84130-0253
13765052        Chase,    Nationwide Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13765051        Chase,    Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley,
                 Lehigh Valley, PA 18002-6314
13765053        Coventry Cardiololgy Associates,    1000 Coventry Drive,    Phillipsburg, NJ 08865-1980
13765054        Embassy Bank,    P.O. Box 20405,    Lehigh Valley, PA 18002-0405
13765057       +HCBC/ Boscov's,    PO Box 5253,    Carol Stream, IL 60197-5253
13911813       +Lynn E. Feldman, Esquire,    Feldman Law Offices, PC,    221 N. Cedar Crest Blvd.,
                 Allentown, PA 18104-4603
13791183       +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13765061       +MRS,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
13765062        MRS Associates,    1920 Olney Ave.,    Cherry Hill, NJ 08003
13765060       +Macy's,    PO Box 8218,    Mason, OH 45040-8218
13765063        North Star Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
13765066        PNC,    P. O. Box 6534,    Carol Stream, IL 60197-6534
13827324       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13765064        Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                 Harrisburg, PA 17128-1041
13765067        Portfolio Recovery,    129 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
13765068       +Slate from Chase,    PO Box 15019,    Wilmington, DE 19850-5019
13765069       +St. Luke's University Hospital,    Berk's Credit Collection,    P.O. Box 329,
                 Temple, PA 19560-0329
13765070       +St. Luke's Warren Physician Group,    19 Main Street,    Asbury Park, NJ 07712-7012
13765071       +Torres Credit Service,    27 Fairview Street,    Suite 301,    Carlisle, PA 17015-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com May 23 2017 01:37:52     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2017 01:37:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13765049       +E-mail/Text: banko@berkscredit.com May 23 2017 01:37:41     Berk's Credit Collection,
                 900 Corporate Drive,    Reading, PA 19605-3340
13777912       +E-mail/Text: bankruptcy@cavps.com May 23 2017 01:37:52     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13765055       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:29:19      GE Capital/ American Eagle,
                 PO Box 965005,    Orlando, FL 32896-5005
13765056       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:29:39      GE Money Bank/ GAP,
                 PO Box 965005,    Orlando, FL 32896-5005
13765058       +E-mail/Text: bankruptcy@fult.com May 23 2017 01:38:04     Lafayette Ambassador Bank,
                 PO Box 25091,    Lehigh Valley, PA 18002-5091
13765059        E-mail/Text: camanagement@mtb.com May 23 2017 01:37:42     M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
13793023        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:37:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13765043        ACB Receiables Management
```

```
District/off: 0313-4           User: Angela              Page 2 of 2                   Date Rcvd: May 22, 2017
                               Form ID: pdf900           Total Noticed: 43
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
13765047*        +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,,    Unit A,
                   Twinsburg, OH 44087-2476
13765065*         Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,   PO Box 281041,
                   Harrisburg, PA 17128-1041
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Tara Beth Rizzolino feldmanfiling@rcn.com
              ROBERT   GLAZER    on behalf of Debtor Sammy Anthony Rizzolino usbcglazer@gmail.com
              ROBERT   GLAZER    on behalf of Joint Debtor Tara Beth Rizzolino usbcglazer@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | TARA BETH RIZZOLINO | : | |
| | SAMMY ANTHONY RIZZOLINO | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | Debtors | : | BKY NO. 16-15213-REF |

## ORDER SEVERING JOINT CHAPTER 13 CASE

AND NOW, upon consideration of the Debtor, Tara Beth Rizzolino's, Motion to Sever Joint Chapter 13 Case, and any opposition thereto, good cause having been shown that the case should be severed, it is hereby ORDERED:

1. That the above-captioned Chapter 13 case be severed;

2. That following severance of the case, the case of the Wife Debtor, Tara Beth Rizzolino, proceed under a different case number to be assigned by the Office of the Clerk of this Court.

BY THE COURT:

**Date: May 22, 2017**

_____
Richard E. Fehling, UCBJ