IN THE MATTER OF:                Case No. _16 - 7665 + 15213_

Tony Rizolino

                                 PETITION FILED: _____

                                 MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION             MONTH ENDED _June 2017_

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _$623._

2. Receipts during Report Period:

    a. Salary and Commissions _Net Income_ _$4955._

    b. Interest or Dividend Income _____

    c. Real Estate Rental _____

    d. Other (Describe-Schedule A) _____

        TOTAL RECEIPTS _____

3. Disbursements:

    a. Taxes – IRS _1040 (2016)_ _$1657 due_

    b. Taxes-State, including any _(2016)_ _$511. due_
       sales tax due

    c. Taxes- Real Estate _$419._

    d. Taxes- Other _____

    e. Utilities _$250_

    f. Mortgage(s) or Rent(s) _$1059. + $450._

    g. Insurance premiums (list type) _$80._

    h. Food _$200._

    i. Medical _$200._

    j. Car loan _____

    k. Automobile expenses _$80 gas_

CASE NO. _16 - 7665 15213_    MONTH ENDING _June 2017_

    l. Clothing      _____

    m. Gifts – donations (Schedule B)      _____

    n. Tuitions (Schedule B)      _____

    o. Other (Describe)      _____

    TOTAL DISBURSEMENTS _$2 738.00_

4. Balance at end of reporting period [ (1-2) – 3] _____

(5.) Are you paying all your debts (post filing) as they are incurred? If not, list outstanding
obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _yes_ _____

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) _Embassy Bank_ _____

BRANCH _Easton Nazareth Hwy._ # _000 2324979_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____

BRANCH: _____

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _16 - 7665+15213_       MONTH ENDING _JUNE 2017_

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

PALMER NURSERY $1200.00

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          6/30/17
SIGNATURE OF DEBTOR(S)                      DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Tony Rizzolino

: Case No. 16-76651 15213

:

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY EPORT

I, _TONY RIZZOLINO_ , being of full age and duly sworn upon my oath,
depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of
_JUNE 2017_ .

3. All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: _6/30/17_ _____
Debtor

Date: _____
Debtor

Jul 07 17, 10:01a          TR Property Management          6104384540          p.6

9:39 AM
07/07/17
Accrual Basis

# TR Property Management LLC
## Profit & Loss Detail
### June 2017

| Type | Date | Num | Name | Memo | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **Installation Services** | | | | | | | |
| Invoice | 0i /02/2017 | 1006 | Rizzolino Associates | Pruning and I... | | 675.00 | 675.00 |
| Invoice | 0i /12/2017 | 1004 | Anderson | Installation of ... | | 6,000.00 | 6,675.00 |
| Invoice | 0i /15/2017 | 1005 | Calantoni | Placement of ... | | 75.00 | 6,750.00 |
| Invoice | 0i /15/2017 | 1005 | Calantoni | Placement of ... | | 95.00 | 6,845.00 |
| Invoice | 0i /15/2017 | 1005 | Calantoni | Placement of ... | | 95.00 | 6,940.00 |
| Invoice | 0i /19/2017 | 1010 | Noles | Removal of s... | | 150.00 | 7,090.00 |
| **Total Installation Services** | | | | | | 7,090.00 | 7,090.00 |
| **Maintenance Services** | | | | | | | |
| Invoice | 06/01/2017 | 1007 | Rizzolino Associates | Monthly Prop... | | 1,300.00 | 1,300.00 |
| **Total Maintenance Services** | | | | | | 1,300.00 | 1,300.00 |
| **Total Income** | | | | | | 8,390.00 | 8,390.00 |
| **Cost of Goods Sold** | | | | | | | |
| **Materials Costs** | | | | | | | |
| Check | 06/01/2017 | cash | Palmer Nursery | | | 21.20 | 21.20 |
| Check | 06/15/2017 | 185 | Lehigh Valley Home ... | | | 1,669.50 | 1,690.70 |
| Check | 06/15/2017 | 187 | Palmer Nursery | | | 561.27 | 2,251.97 |
| **Total Materials Costs** | | | | | | 2,251.97 | 2,251.97 |
| **Total COGS** | | | | | | 2,251.97 | 2,251.97 |
| **Gross Profit** | | | | | | 6,138.03 | 6,138.03 |
| **Expense** | | | | | | | |
| **Auto and Truck Expenses** | | | | | | | |
| Check | 06/16/2017 | 186 | Northeast Heavy Tru... | | | 321.47 | 321.47 |
| **Total Auto and Truck Expenses** | | | | | | 321.47 | 321.47 |
| **Equipment supplies** | | | | | | | |
| Check | 06/16/2017 | cash | Ace Hardware | | | 63.04 | 63.04 |
| **Total Equipment supplies** | | | | | | 63.04 | 63.04 |
| **Fuel** | | | | | | | |
| Check | 06/30/2017 | cash | Sheetz | | | 225.56 | 225.56 |
| **Total Fuel** | | | | | | 225.56 | 225.56 |
| **Insurance Expense** | | | | | | | |
| Check | 06/06/2017 | 183 | United States Liaabili... | Commercial L... | | 255.00 | 255.00 |
| **Total Insurance Expense** | | | | | | 255.00 | 255.00 |

Page 1

Jul 07 17, 10:01a    TR Property Management    6104384540    p.7

9:39 AM
07/07/17
Accrual Basis

# TR Property Management LLC
## Profit & Loss Detail
### June 2017

| Type | Date | Num | Name | Memo | Clr | Amount | Balance |
|------|------|-----|------|------|-----|--------|---------|
| **Repairs and Maintenance** | | | | | | | |
| Check | 06/07/2017 | cash | Krocks Sales & Serv... | | | 101.76 | 101.76 |
| Check | 06/10/2017 | 2cash | Home Depot | | | 67.09 | 168.85 |
| **Total Repairs and Maintenance** | | | | | | | 168.85 |
| **Telephone Expense** | | | | | | | |
| Bill | 06/01/2017 | | RCN | phone and int... | | 149.20 | 149.20 |
| **Total Telephone Expense** | | | | | | | 149.20 |
| **Total Expense** | | | | | | 1,183.12 | 1,183.12 |
| **Net Ordinary Income** | | | | | | 4,954.91 | 4,954.91 |
| **Net Income** | | | | | | 4,954.91 | 4,954.91 |

Page 2