IN THE MATTER OF: Tony Rizzolino

Case No. 16-~~76651~~ 15213

PETITION FILED: ______

MONTHLY REPORT NO. ______

DEBTOR IN POSSESSION

MONTH ENDED July 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 1200

2. Receipts during Report Period:

a. Salary and Commissions 7280

b. Interest or Dividend Income ______

c. Real Estate Rental ______

d. Other (Describe-Schedule A) ______

TOTAL RECEIPTS ______

3. Disbursements:

a. Taxes – IRS 1640 (2016) 1657 due

b. Taxes-State, including any sales tax due 511 due

c. Taxes- Real Estate 419

d. Taxes- Other ______

e. Utilities 250.

f. Mortgage(s) or Rent(s) 1059 + 450

g. Insurance premiums (list type) 80

h. Food 200

i. Medical 200

j. Car loan ——

k. Automobile expenses 80.

CASE NO. ~~16-76651~~ 15213 MONTH ENDING July 2017

l. Clothing ______

m. Gifts – donations (Schedule B) ______

n. Tuitions (Schedule B) ______

o. Other (Describe) ______

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] 2738

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? yes

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) Embassy Bank

BRANCH Easton Nazareth Hwy #0002324979

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: ______

BRANCH: ______

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. ~~16-76651~~ 16-15213 MONTH ENDING July 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

[signature]
SIGNATURE OF DEBTOR(S)

8/10/17
DATE

2:10 PM
08/16/17
Accrual Basis

# TR Property Management LLC
## Profit & Loss Detail
### July 2017

| Type | Date | Num | Name | Memo | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **Installation Services** | | | | | | | |
| Invoice | 07/03/2017 | 1008 | Monek | Installation of ... | | 780.00 | 780.00 |
| Invoice | 07/03/2017 | 1009 | Anderson | Installation of ... | | 2,000.00 | 2,780.00 |
| Invoice | 07/05/2017 | 1011 | Rizz Outdoor Images | Landscaping ... | | 1,000.00 | 3,780.00 |
| Total Installation Services | | | | | | 3,780.00 | 3,780.00 |
| Total Income | | | | | | ~~2,780.00~~ 3780 | ~~2,780.00~~ 3780 |
| **Cost of Goods Sold** | | | | | | | |
| **Materials Costs** | | | | | | | |
| Bill | 07/11/2017 | 50574 | Baer Aggregates Inc. | | | 664.47 | 664.47 |
| Check | 07/19/2017 | 194 | Blue Barn Nursery | | | 667.80 | 1,332.27 |
| Bill | 07/28/2017 | 275593 | Hilltop Sales & Servi... | | | 64.76 | 1,397.03 |
| Total Materials Costs | | | | | | 1,397.03 | 1,397.03 |
| Total COGS | | | | | | 1,397.03 | 1,397.03 |
| Gross Profit | | | | | | 2,382.97 | 2,382.97 |
| **Expense** | | | | | | | |
| **Equipment supplies** | | | | | | | |
| Check | 07/27/2017 | cash | Walmart | | | 94.65 | 94.65 |
| Check | 07/28/2017 | cash | Sears Hardware | | | 17.99 | 112.64 |
| Check | 07/30/2017 | cash | Walmart | | | 200.00 | 312.64 |
| Total Equipment supplies | | | | | | 312.64 | 312.64 |
| **Fuel** | | | | | | | |
| Check | 07/31/2017 | cash | Sheetz | | | 239.24 | 239.24 |
| Total Fuel | | | | | | 239.24 | 239.24 |
| **Landscaping Materials** | | | | | | | |
| Check | 07/01/2017 | 192 | Tom Hartzell | | | 270.00 | 270.00 |
| Check | 07/03/2017 | cash | Home Depot | | | 59.06 | 329.06 |
| Check | 07/25/2017 | 195 | Tom Hartzell | | | 345.00 | 674.06 |
| Total Landscaping Materials | | | | | | 674.06 | 674.06 |

2:10 PM
08/16/17
Accrual Basis

# TR Property Management LLC
## Profit & Loss Detail
July 2017

| Type | Date | Num | Name | Memo | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Telephone Expense** | | | | | | | |
| Check | 07/17/2017 | cash | RCN | | | 262.24 | 262.24 |
| Check | 07/21/2017 | cash | RCN | | | 225.09 | 487.33 |
| Check | 07/22/2017 | cash | Verizon | | | 108.03 | 595.36 |
| Total Telephone Expense | | | | | | 595.36 | 595.36 |
| Total Expense | | | | | | 1,821.30 | 1,821.30 |
| Net Ordinary Income | | | | | | 561.67 | 561.67 |
| **Other Income/Expense** | | | | | | | |
| **Other Expense** | | | | | | | |
| **Ask My Accountant** | | | | | | | |
| Deposit | 07/21/2017 | | Steven Goudsouzia... | Deposit | | -4,000.00 | -4,000.00 |
| Total Ask My Accountant | | | | | | -4,000.00 | -4,000.00 |
| Total Other Expense | | | | | | -4,000.00 | -4,000.00 |
| Net Other Income | | | | | | 4,000.00 | 4,000.00 |
| **Net Income** | | | | | | **4,561.67** | **4,561.67** |

Aug 16 17, 05:28p TR Property Management 6104384540 p.5

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Tony Rizzolino

: Case No. 16-~~76651~~ 15213

:

: CERTIFICATION OF BUSINESS DEBTOR REGARDING MONTHLY EPORT

I, TONY RIZZOLINO, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of JULY 2017.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 8/10/17 [signature]
Debtor

Date: ______________________
Debtor