IN THE MATTER OF:          Case No. 16-15651

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION      MONTH ENDED August 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 950

2. Receipts during Report Period:
   a. Salary and Commissions     3970 -
   b. Interest or Dividend Income     _____
   c. Real Estate Rental     _____
   d. Other (Describe-Schedule A)     _____

   TOTAL RECEIPTS     _____

3. Disbursements:
   a. Taxes – IRS     pd $0.00
   b. Taxes-State, including any sales tax due     pd $0.00
   c. Taxes- Real Estate     pd $0.00
   d. Taxes- Other     _____
   e. Utilities     225
   f. Mortgage(s) or Rent(s)     1059 + 450
   g. Insurance premiums (list type)     80
   h. Food     250
   i. Medical     200
   j. Car loan     _____
   k. Automobile expenses     75

CASE NO. 16-76651    MONTH ENDING August 2017

l. Clothing

m. Gifts – donations (Schedule B)

n. Tuitions (Schedule B)

o. Other (Describe)

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) –3]    2339 —

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?    Yes

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S)    Embassy Bank
BRANCH    Easton Highway  # 0022 4959

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE:

BRANCH:

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 16-76651                    MONTH ENDING August 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____        9/14/17
SIGNATURE OF DEBTOR(S)                 DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                        : Case No. 16-74651
                                                              :
                                                              : CERTIFICATION OF BUSINESS DEBTOR
                                                                REGARDING MONTHLY EPORT

I, Tony Rizzolino, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of August 2017.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9/14/17
_____
Debtor

Date: _____
Debtor