IN THE MATTER OF:     Case No. 16-76651 15213

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION     MONTH ENDED Sept. 2017

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __1050__

2. Receipts during Report Period:
   a. Salary and Commissions    $4467
   b. Interest or Dividend Income
   c. Real Estate Rental
   d. Other (Describe-Schedule A)
       TOTAL RECEIPTS

3. Disbursements:
   a. Taxes – IRS    0
   b. Taxes-State, including any sales tax due    0
   c. Taxes- Real Estate    0
   d. Taxes- Other    0
   e. Utilities    225.
   f. Mortgage(s) or Rent(s)    1059 + 450.
   g. Insurance premiums (list type)    80
   h. Food    260.
   i. Medical    200
   j. Car loan    0
   k. Automobile expenses    60.

CASE NO. 16-~~76651~~ 15213   MONTH ENDING Sept 2017

   l. Clothing _100_

   m. Gifts – donations (Schedule B) _0_

   n. Tuitions (Schedule B) _0_

   o. Other (Describe) _0_

   TOTAL DISBURSEMENTS _$2434_

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C. _yes_

6. Is all insurance paid up-to-date? _yes_

Debtor in Possession Checking Account(s):

   NAME, LOCATION AND NUMBER(S) _EMBASSY BANK_

   BRANCH _EASTON NAZARETH HWY. #0002324979_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

   DESCRIBE: _____

   BRANCH: _____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 16-15213 ~~76651~~                            MONTH ENDING SEPT, 2017

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    10/4/17
SIGNATURE OF DEBTOR(S)                              DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                : Case No. 16-~~7665~~ 15213

                                                      : CERTIFICATION OF BUSINESS DEBTOR
                                                        REGARDING MONTHLY EPORT

I, _TONY RIZZOLINO_____, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _SEPTEMBER 2017_.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

    This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _____ 10/4/17
                                        Debtor

Date: _____
                                        Debtor