IN THE MATTER OF:    Case No. 16-7665 † 5213

Sammy Anthony Rizzolino    PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION    MONTH ENDED Oct 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)  1350

2. Receipts during Report Period:

    a. Salary and Commissions NET INCOME    $9,265.

    b. Interest or Dividend Income    _____

    c. Real Estate Rental    _____

    d. Other (Describe-Schedule A)    _____

    TOTAL RECEIPTS    _____

3. Disbursements:

    a. Taxes – IRS    0

    b. Taxes-State, including any sales tax due    0

    c. Taxes- Real Estate    0

    d. Taxes- Other    0

    e. Utilities    225.

    f. Mortgage(s) or Rent(s)    1059 + 450

    g. Insurance premiums (list type)    80

    h. Food    300.

    i. Medical    260.

    j. Car loan    0

    k. Automobile expenses    100.

CASE NO. 16-76651     MONTH ENDING Oct. 2017

    l. Clothing    120.

    m. Gifts – donations (Schedule B)    0

    n. Tuitions (Schedule B)    0

    o. Other (Describe)    0

    TOTAL DISBURSEMENTS    $2594

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.    yes

6. Is all insurance paid up-to-date?    yes.

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) EMBASSY BANK

    BRANCH EASTON NAZARETH HWY #0002324979

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. _16-76651_   MONTH ENDING _OCT. 2017_

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _11/4/17_
SIGNATURE OF DEBTOR(S)              DATE