United States Bankruptcy Court

Eastern District of Pennsylvania

In re: _Sammy Anthony_    : Case No. _16 - 7665 15213_
_Rizzolino_

                             :

                             : CERTIFICATION OF BUSINESS DEBTOR
                             REGARDING MONTHLY EPORT

      I, _TONY RIZZOLINO_ , being of full age and duly sworn upon my oath,
depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of
_OCTOBER 2017_ .

3. All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

      This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: _____

                                            Debtor

Date: _____

                                            Debtor