IN THE MATTER OF:    Case No. 16-76657 15213

Sammy Anthony Rizzotino    PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION    MONTH ENDED NOVEMBER 2017

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 1300.

2. Receipts during Report Period:
   a. Salary and Commissions, NET INCOME    4,732.00
   b. Interest or Dividend Income    _____
   c. Real Estate Rental    _____
   d. Other (Describe-Schedule A)    _____
   TOTAL RECEIPTS    _____

3. Disbursements:
   a. Taxes – IRS    0
   b. Taxes-State, including any sales tax due    0
   c. Taxes- Real Estate    0
   d. Taxes- Other    0
   e. Utilities    225
   f. Mortgage(s) or Rent(s)    1059+450
   g. Insurance premiums (list type)    80
   h. Food    325
   i. Medical    235
   j. Car loan    0
   k. Automobile expenses    100.

CASE NO. 16-15213 ~~76651~~          MONTH ENDING Nov. 2017

    l. Clothing    150.

    m. Gifts – donations (Schedule B)    ∅

    n. Tuitions (Schedule B)    ∅

    o. Other (Describe)    ∅

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]  2,624

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.  yes

6. Is all insurance paid up-to-date?  yes

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S)  EMBASSY BANK #2324979

BRANCH  EASTON NAZARETH HWY.

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____

BRANCH: _____

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. ~~16-7665~~ 15213    MONTH ENDING Nov 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____    12/8/17
SIGNATURE OF DEBTOR(S)    DATE