United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Sammy Anthony Rizzolino

: Case No. 16-15213

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY EPORT

I, Tony Rizzolino, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of November, 2017.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _____ 12/5/17
                                Debtor

Date: _____
                                Debtor