## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sammy Anthony Rizzolino aka S. Anthony Rizzolino aka Anthony Rizzolino aka Tony Rizzolino<br><br>　　　　　　　Debtor<br><br>Bank of America, N.A.<br>　　　　　　　Movant<br>　　vs.<br><br>Sammy Anthony Rizzolino aka S. Anthony Rizzolino aka Anthony Rizzolino aka Tony Rizzolino<br>　　　　　　　Debtor<br><br>Frederick L. Reigle, Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-15213-ref |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Bank of America, N.A., which was filed with the Court on or about **October 27, 2016 at docket entry 11**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

December 13, 2017