IN THE MATTER OF:    Case No. 16-76651-15213

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION    MONTH ENDED DECEMBER 2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) 1400.00

2. Receipts during Report Period:

   a. Salary and Commissions _NET INCOME_    7,622.95

   b. Interest or Dividend Income    _____

   c. Real Estate Rental    _____

   d. Other (Describe-Schedule A)    _____

   TOTAL RECEIPTS    _____

3. Disbursements:

   a. Taxes – IRS    0

   b. Taxes-State, including any sales tax due    0

   c. Taxes- Real Estate    0

   d. Taxes- Other    0

   e. Utilities    225.

   f. Mortgage(s) or Rent(s)    1059 + 450

   g. Insurance premiums (list type)    80.

   h. Food    325.

   i. Medical    135.

   j. Car loan    0

   k. Automobile expenses    200.

CASE NO. 16-7665~~4~~ 15213    MONTH ENDING DEC. 2017

    l. Clothing    200.

    m. Gifts – donations (Schedule B)    0

    n. Tuitions (Schedule B)    0

    o. Other (Describe)    _____

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]  2674.

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.  Yes

6. Is all insurance paid up-to-date?    Yes.

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) Embassy Bank # 2324979

BRANCH Easton Nazareth Highway

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____

BRANCH: _____

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. 16-7665 15213          MONTH ENDING DEC 2017

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          1/18/18
SIGNATURE OF DEBTOR(S)            DATE

United States Bankruptcy Court

Eastern District of Pennsylvania   1S213

In re:                                           : Case No. 16-7665f

                                                 :
                                                 : CERTIFICATION OF BUSINESS DEBTOR
                                                   REGARDING MONTHLY EPORT

I, Tony Rizzolino, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of December 2017.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

    This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 1/18/18                                        _____ Debtor

Date: _____                        _____ Debtor