IN THE MATTER OF:     Case No. 16-15213

Sammy Anthony Rizzolino

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION     MONTH ENDED MARCH 2018

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __1100.__

2. Receipts during Report Period:

    a. Salary and Commissions _NET INCOME_    4133.31

    b. Interest or Dividend Income

    c. Real Estate Rental

    d. Other (Describe-Schedule A)

    TOTAL RECEIPTS

3. Disbursements:

    a. Taxes – IRS     0

    b. Taxes-State, including any sales tax due     0

    c. Taxes- Real Estate     0

    d. Taxes- Other     0

    e. Utilities     225

    f. Mortgage(s) or Rent(s)     1059 + 450

    g. Insurance premiums (list type)     80

    h. Food     400

    i. Medical     100

    j. Car loan

    k. Automobile expenses     100.

CASE NO. 16-15213   MONTH ENDING MAR 2018

l. Clothing _____100_____

m. Gifts – donations (Schedule B) _____

n. Tuitions (Schedule B) _____

o. Other (Describe) _____

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [(1-2)–3] __2514.00__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.   yes

6. Is all insurance paid up-to-date? __yes__

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) __Embassy Bank #2324979__

BRANCH __Easton Nazareth Highway__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____

BRANCH: _____

SCHEDULE A

(2)(d) Other:



SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 16-15213    MONTH ENDING MAR 2018

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____    5/2/18
SIGNATURE OF DEBTOR(S)    DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: *Tommy Anthony Rizzolino*

: Case No. 16-15213
:
: CERTIFICATION OF BUSINESS DEBTOR
  REGARDING MONTHLY EPORT

I, TONY RIZZOLINO, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of MARCH 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _____ [signature] 5/3/18
                                                                 Debtor

Date: _____ _____
                                                                 Debtor