United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15213-ref
Sammy Anthony Rizzolino                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv            Page 1 of 1          Date Rcvd: Apr 09, 2019
                              Form ID: pdf900      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db              +Sammy Anthony Rizzolino,   4 Hawthorne Ct,   Easton, PA 18045-1928
cr               BANK OF AMERICA, N.A.,   PO Box 31785,   TAMPA, FL  33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          ROBERT  GLAZER    on behalf of Debtor Sammy Anthony Rizzolino usbcglazer@gmail.com
          SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sammy Anthony Rizzolino AKA S. Anthony Rizzolino AKA Anthony Rizzolino, AKA Tony Rizzolino | CHAPTER 13 |
| <u>Debtor</u> | |
| BANK OF AMERICA, N.A. | NO. 16-15213 REF |
| <u>Movant</u> | |
| vs. | |
| Sammy Anthony Rizzolino AKA S. Anthony Rizzolino AKA Anthony Rizzolino, AKA Tony Rizzolino | 11 U.S.C. Section 362 |
| <u>Debtor</u> | |
| Scott Waterman | |
| <u>Trustee</u> | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence of 4 HAWTHORN COURT, EASTON, PA, 18045 is **$9,083.70**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | October 1, 2018 to March 1, 2019 at $1,598.82/month |
| Suspense Balance: | $1,540.22 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$9,083.70** |

2.    The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$9,083.70.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$9,083.70** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due April 1, 2019 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,598.82 (or as adjusted

pursuant to the terms of the mortgage) on or before the first (1ˢᵗ) day of each month (with late charges being assessed after the 15ᵗʰ of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    March 25, 2019

Date: _____

Date: _____

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Robert Glazer, Esquire
Attorney for Debtor

Scott Waterman
Chapter 13 Trustee

Approved by the Court this __8__ day of __April__, 2019. However, the court
retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Richard E. Fehling