**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:  Sammy Anthony Rizzolino** | : Chapter: 13 |
| | : |
| **Debtor** | : Case No. 16-15213 |
| | : |
| | Hearing to be held: |
| | Date:   September 5, 2019 |
| | Time:  11:00 a.m. |
| | Place:  U.S. Bankruptcy Court |
| | Courtroom #1, 3rd Floor |
| | The Madison, Suite 300 |
| | 400 Washington Street |
| | Reading PA 19601 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Robert Glazer, Esquire, counsel for Movant, Sammy Anthony Rizzolino has filed a Motion to Modify Plan Post-Confirmation.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

1. If you do not want the Court to grant the relief sought in the motion or, if you want the Court to consider your views on the Motion, then on or before August 23, 2019, you or your attorney must do ALL of the following:

(a) file an objection explaining your position at:

U. S. Bankruptcy Court Clerk's Office
The Madison, Suite 300
400 Washington Street
Reading, PA 19601

If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date listed above; and,

       (b) mail a copy to the Movants' attorney:

          Robert Glazer, Esquire
          McLAUGHLIN & GLAZER
          26 N. Third Street
          Easton, PA 18042
          Phone No.: (610) 258-5609
          Fax No.: (610) 258-4353

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

    3. A hearing on the Motion is scheduled to be held before the Honorable Ashley M. Chan, United States Bankruptcy Judge, on September 5, 2019 at 11:00 a.m. in Courtroom #1, United States Bankruptcy Court, The Madison, Third Floor, 400 Washington Street, Reading, Pennsylvania, 19601.

    4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: August 9, 2019