**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Sammy Anthony Rizzolino | : | Chapter: 13 |
| | : | |
| Debtor | : | Case No. 16-15213 |
| | : | |

**CERTIFICATION OF NO RESPONSE**

I, Robert Glazer, Esquire, counsel for Debtor's, certify that I served a true and correct copy of the Debtor's **Notice and First Motion to Modify Plan Post-Confirmation Dated August 9, 2019** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003,  No: M 03-3005.

As of September 4, 2019 there have been no Answer, Objection or other responsive pleadings filed.

Date:  September 4, 2019

/s/ Robert Glazer, Esquire
Robert Glazer, Esq.
Attorney for Debtor
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609