IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Sammy Anthony Rizzolino**      : Chapter: 13
:
**Debtor**      : Case No. 16-15213
:

## ORDER OF COURT

Upon consideration of the above Debtor's Motion to Modify Plan Post-Confirmation, and upon notice and opportunity for hearing,

IT IS HEREBY ORDERED that Debtor's Motion is granted and Debtor's First Post-Confirmation plan is hereby approved.

BY THE COURT,

**Date: September 5, 2019**      _____
U.S. Bankruptcy Judge