## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-15213** |
| **Sammy Anthony Rizzolino AKA S.** | : | **Chapter 13** |
| **Anthony Rizzolino, AKA Anthony** | : | **Judge Patricia M. Mayer** |
| **Rizzolino, AKA Tony Rizzolino** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **PNC Bank, National Association** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| | : | |
| **vs** | : | **Place of Hearing** |
| | : | **The Gateway Building** |
| **Sammy Anthony Rizzolino AKA S.** | : | **201 Penn St., 4th Floor Courtroom** |
| **Anthony Rizzolino, AKA Anthony** | : | **Reading, PA, 19601-____** |
| **Rizzolino, AKA Tony Rizzolino** | : | |
| | : | **Related Document #** |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

The undersigned attorney enters their appearance as counsel for PNC Bank, National

Association, its successor and assigns ("Creditor") in the above referenced case. Please send all

notices issued in this case to the undersigned at the address below.

Respectfully submitted,

 /s/ Karina Velter_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
Contact email is amps@manleydeas.com

20-010332_GLHS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    **Case No.: 16-15213**
                                                    :
**Sammy Anthony Rizzolino AKA S.**                  :    **Chapter 13**
**Anthony Rizzolino, AKA Anthony**                  :    **Judge Patricia M. Mayer**
**Rizzolino, AKA Tony Rizzolino**                   :    * * * * * * * * * * * * * * * * * * *

**Debtor(s)**                                       :

                                                    :
**PNC Bank, National Association**                  :    **Date and Time of Hearing**
                                 **Movant,**        :    _____
                                                    :
        **vs**                                      :
                                                    :    **Place of Hearing**
                                                    :    **The Gateway Building**
**Sammy Anthony Rizzolino AKA S.**                  :    **201 Penn St., 4th Floor Courtroom**
**Anthony Rizzolino, AKA Anthony**                  :    **Reading, PA, 19601-____**
**Rizzolino, AKA Tony Rizzolino**                   :
                                                    :
                                                    :    **Related Document #**
**Scott F. Waterman**                               :
                            **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

    Scott F. Waterman, Chapter 13 Trustee, scottfwaterman@gmail.com

    Robert Glazer, Attorney for Sammy Anthony Rizzolino AKA S. Anthony Rizzolino, AKA
    Anthony Rizzolino, AKA Tony Rizzolino, usbcglazer@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

    Sammy Anthony Rizzolino AKA S. Anthony Rizzolino, AKA Anthony Rizzolino, AKA
    Tony Rizzolino, 4 Hawthorne Ct, Easton, PA  18045


                                        /s/ Karina Velter
                                        _____