Certificate Number: 17572-PAE-DE-034457803

Bankruptcy Case Number: 16-15213



17572-PAE-DE-034457803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 14, 2020</u>, at <u>6:04</u> o'clock <u>PM PDT</u>, <u>Sammy A Rizzolino</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 14, 2020</u>          By:    <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>