```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 16-15213-pmm
Sammy Anthony Rizzolino                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: PaulP                 Page 1 of 2                  Date Rcvd: May 13, 2020
                              Form ID: 138NEW             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Sammy Anthony Rizzolino,    4 Hawthorne Ct,    Easton, PA 18045-1928
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
13765044       +American Express,    P.O. Box 8218,    Mason, OH 45040-8218
13765045        Apogee Physicians of Pennsylvania,    PO Box 708610,    Sandy, UT 84070-8610
13829933        BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13765046       +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,    Unit A,
                 Twinsburg, OH 44087-2476
13765048       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13835565       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13770391       +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13839554       +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13765050       +Bon Ton,    PO Box 30253,    Salt Lake City, UT 84130-0253
13765053        Coventry Cardiololgy Associates,    1000 Coventry Drive,    Phillipsburg, NJ 08865-1980
13765054        Embassy Bank,    P.O. Box 20405,    Lehigh Valley, PA 18002-0405
13765057       +HCBC/ Boscov's,    PO Box 5253,    Carol Stream, IL 60197-5253
13911813       +Lynn E. Feldman, Esquire,    Feldman Law Offices, PC,    221 N. Cedar Crest Blvd.,
                 Allentown, PA 18104-4603
13791183       +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13765061       +MRS,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
13765062        MRS Associates,    1920 Olney Ave.,    Cherry Hill, NJ 08003
13765060       +Macy's,    PO Box 8218,    Mason, OH 45040-8218
13765063        North Star Location Services,    4285 Genesee St,    Buffalo, NY 14225-1943
13765066        PNC,    P. O. Box 6534,    Carol Stream, IL 60197-6534
13827324       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14492591       +PNC Bank, National Association,    c/o Karina Velter, Esq.,    Manley Deas Kochalski,
                 PO Box 165028,    Columbus, OH 43216-5028
14492471        PNC Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
13765064        Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                 Harrisburg, PA 17128-1041
13765067        Portfolio Recovery,    129 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
13765068       +Slate from Chase,    PO Box 15019,    Wilmington, DE 19850-5019
13765069       +St. Luke's University Hospital,    Berk's Credit Collection,    P.O. Box 329,
                 Temple, PA 19560-0329
13765070       +St. Luke's Warren Physician Group,    19 Main Street,    Asbury Park, NJ 07712-7012
13765071       +Torres Credit Service,    27 Fairview Street,    Suite 301,    Carlisle, PA 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13765049       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 14 2020 03:53:23
                 Berk's Credit Collection,    900 Corporate Drive,    Reading, PA 19605-3340
13777912       +E-mail/Text: bankruptcy@cavps.com May 14 2020 03:52:57      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13765055       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:30      GE Capital/ American Eagle,
                 PO Box 965005,    Orlando, FL 32896-5005
13765056       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:31      GE Money Bank/ GAP,
                 PO Box 965005,    Orlando, FL 32896-5005
13765058       +E-mail/Text: bankruptcy@fult.com May 14 2020 03:53:23      Lafayette Ambassador Bank,
                 PO Box 25091,    Lehigh Valley, PA 18002-5091
13765059        E-mail/Text: camanagement@mtb.com May 14 2020 03:52:27      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
13793023        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13765043        ACB Receiables Management
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
13765047*      +Bank of America,    National Enterprise Systems,    2479 Edison Blvd.,,    Unit A,
                 Twinsburg, OH 44087-2476
13765065*       Pennsylvania Department of Revenue,    Bureau of Collections & Taxpayer Service,    PO Box 281041,
                 Harrisburg, PA 17128-1041
```

```
District/off: 0313-4          User: PaulP              Page 2 of 2              Date Rcvd: May 13, 2020
                              Form ID: 138NEW          Total Noticed: 43

13765051     ##Chase,  Nationwide Credit, Inc.,  P.O. Box 26314,  Lehigh Valley,
              Lehigh Valley, PA 18002-6314
13765052     ##Chase,  Nationwide Credit Inc,  P.O. Box 26314,  Lehigh Valley, PA 18002-6314
                                                                              TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
```
              JOSHUA I. GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. Josh.Goldman@padgettlawgroup.com
              KARINA  VELTER    on behalf of Creditor    PNC BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROBERT  GLAZER    on behalf of Debtor Sammy Anthony Rizzolino usbcglazer@gmail.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sammy Anthony Rizzolino
        Debtor(s)                              Bankruptcy No: 16−15213−pmm
                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                                   Timothy B. McGrath
                                                                   Clerk of Court

Dated: 5/13/20

                                                                                                              91 − 90
                                                                                                           Form 138_new